## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DESHAWN DRUMGO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-592-GMS |
| | ) |
| CPL. REGINALD BROWN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### DECLARATION OF STEPHANIE S. HABELOW
### IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION
### TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | ) s.s. |
| COUNTY OF NEW CASTLE | ) |

I, Stephanie S. Habelow, Esq., declare:

1. I am an attorney with the law firm of Chipman Brown Cicero & Cole LLP, counsel for Plaintiff DeShawn Drumgo ("Plaintiff") in the above-captioned action.

2. I am admitted to practice before this Court.

3. I submit this Declaration in support of Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment.

4. The following documents are true and correct to the best of my knowledge, information and belief:

| Exhibit | Description |
|---|---|
| A | Incident Report – G. Alexander (Sept. 27, 2007) |
| B | Incident Report – R. Brown (Sept. 27, 2007) |

| C | Incident Report – M. Stevenson (Sept. 27, 2007) |
|---|---|
| D | Incident Report – D. Stiles (Sept. 27, 2007) |
| E | Incident Report – S. Thompson (Sept. 27, 2007) |
| F | First Report of Injury or Illness – Reginald Brown (Sept. 27, 2007) |
| G | Handwritten Note (Sept. 27, 2007) |
| H | Grievance Report (Sept. 27, 2007) |
| I | Disciplinary Hearing Decision (Oct. 5, 2007) |
| J | Declaration of F. Kaymore (May 15, 2008) |
| K | Excerpts from deposition of Deshawn D. Drumgo (Jan. 5, 2011) |
| L | Affidavit of Reginald Brown (June 15, 2011) |
| M | Declaration of D. Drumgo (October 19, 2011) |
| N | Declaration of K. Cuff (October 19, 2011) |
| O | Third Circuit Opinion, *Drumgo v. Brown, et al.*, No. 12-1243 (May 24, 2013) |
| P | Excerpts from deposition of Lieutenant Mathew T. Stevenson (June 21, 2017) |
| Q | Excerpts from deposition of Reginald O. Brown (June 21, 2017) |
| R | Excerpts from deposition of Corporal Scott Thompson (June 23, 2017) |
| S | Excerpts from deposition of Corporal Debra Stiles (July 7, 2017) |

| T | Excerpts from deposition of Gregory Alexander (July 25, 2017) |
|---|---|

I declare under penalty of perjury of the State of Delaware that the foregoing is true and correct. Executed this 22nd day of November 2017, in Wilmington, Delaware.

Stephanie S. Habelow (No. 5184)
Chipman Brown Cicero & Cole LLP
Hercules Plaza
1313 N. Market Street, Suite 5400
Wilmington, DE 19801

*Attorneys for Plaintiff DeShawn Drumgo*