

**DEPARTMENT OF JUSTICE**
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
FRAUD DIVISION (302) 577-8600
FAX (302) 577-6499

MATTHEW P. DENN
ATTORNEY GENERAL

February 9, 2018

The Honorable Gregory M. Sleet
United States District Court
District of Delaware
844 N. King Street
Room 4200 - Unit 19
Wilmington, DE 19801-3569

  Re: *Drumgo v. Brown, et al.*
     C.A. No. 08-592-GMS

Dear Judge Sleet:

  Please be advised that DDOC Deputy Commissioner Alan Grinstead will be in attendance at the status conference scheduled for Monday, February 12, 2018 at 4:00 p.m.

            Respectfully yours,

            *Stuart B. Drowos*

            Stuart B. Drowos
            Deputy Attorney General

cc: Clerk of the Court
   Deputy Commissioner Alan Grinstead – via email
   File