## Verdict Form

We, the jury, unanimously find the following by a preponderance of the evidence:

1. For each Defendant listed below, do you find that the Defendant used excessive force in violation of Mr. Drumgo's Eighth or Fourteenth Amendment rights?

    Reginald Brown:     Yes ____     No _X_

    Mathew Stevenson:   Yes ____     No _X_

    Scott Thompson:     Yes ____     No _X_

**If your answer to this question is no for all Defendants, stop and see the Bailiff.**

**If you answered yes for any Defendant, answer question #2.**

2. State the total amount of monetary damages, if any, that you award against each of the Defendants:

    Reginald Brown:     $_____

    Mathew Stevenson:   $_____

    Scott Thompson:     $_____

SO SAY WE ALL, this 23 day of February, 2018.

[signature redacted]

23